

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2018

No. 04-18-00852-CV

**IN RE ANDERSON COLUMBIA CO., INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

On November 13, 2018, relator filed a petition for writ of mandamus and a motion for temporary relief pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than November 29, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. All proceedings in trial cause number 15-03-31056-MCV, styled *Jerold Givens, et al. v. Salatiel Polanco, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas, are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on November 13, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-03-31056-MCV, styled *Jerold Givens, et al. v. Salatiel Polanco, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Gloria Saldana presiding.